No. 84–951. GULF COAST CABLE TELEVISION CO. v. AFFILIATED CAPITAL CORP. C. A. 5th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 84–1222. KAHN v. ALEXANDER GRANT & CO. C. A. 8th Cir. Motion of petitioner to expedite consideration of the petition for writ of certiorari denied.

No. 84–1226. BADHAM ET AL. v. SECRETARY OF STATE OF CALIFORNIA ET AL. C. A. 9th Cir. Motion of petitioners to expedite consideration of the petition for writ of certiorari denied.

No. 84–1244. DAVIS ET AL. v. BANDEMER ET AL. Appeal from D. C. S. D. Ind. Motion of appellants to expedite consideration of the appeal denied.

No. 84–5909. ADAMS v. FULCOMER ET AL. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until March 12, 1985, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.